## In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-11-00681-CR
_____

### JUSTIN TYRONE YOUNG, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court
Jefferson County, Texas
Trial Cause No. 10-10407**

### ORDER

On February 13, 2013, this Court issued a memorandum opinion affirming the trial court's judgment of conviction. On March 4, 2013, appellant filed a *pro se* motion requesting that the mandate issue immediately. *See* Tex. R. App. P. 18.1(c). The State does not object to appellant's motion. We grant appellant's motion and direct the Clerk of the Court to issue the mandate immediately.

ORDER ENTERED MARCH 21, 2013.

PER CURIAM

Before Gaultney, Kreger, and Horton, JJ.